# IN THE SUPREME COURT OF THE STATE OF NEVADA

VICTORIA-JOY GODWIN,
                Appellant,
vs.
SENIOR GARDEN APARTMENTS;
AND RUSSELL N. RICCIARDELLI,
                Respondents.

No. 75264

FILED

MAR 14 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal. Eighth Judicial District Court, Clark County; Timothy C. Williams, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be prematurely filed under NRAP 4(a) because it was filed after the timely filing of a tolling motion for reconsideration under NRAP 4(a)(4) and before the motion for reconsideration has been formally resolved. A timely tolling motion terminates the thirty-day appeal period, and a notice of appeal is of no effect if it is filed after such a tolling motion is filed, and before the district court enters a written order finally resolving the motion. *See* NRAP 4(a)(4). We lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
    Pickering

_____, J.
    Gibbons

_____, J.
    Hardesty

cc:    Hon. Timothy C. Williams, District Judge
       Victoria-Joy Godwin
       Karsaz & Associates
       Eighth District Court Clerk